Jon G. Shadinger Jr., Esq. (036232017)
Shadinger Law, LLC
2220 N. East Avenue
Vineland, NJ 08360
(609) 319-5399
js@shadingerlaw.com
*Attorney for Plaintiff, Charlene Cheli*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE**

| | | |
|---|---|---|
| CHARLENE CHELI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:24-cv-01094-RMB-EAP |
| | : | |
| 1712 E. MAIN LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

**NOTICE OF SETTLEMENT**

  The Plaintiff, with consent of the Defendant, hereby informs this Court that the Parties have agreed in principle to settle the above-captioned matter. The Parties are in the process of crafting a settlement agreement and expect such to be executed within the next thirty days.

  Respectfully submitted this 3rd day of February 2025,

                */s/ Jon G. Shadinger Jr.*
                Jon G. Shadinger Jr., Esq.
                Shadinger Law, LLC
                2220 N. East Avenue
                Vineland, NJ 08360
                (609) 319-5399
                js@shadingerlaw.com
                *Attorney for Plaintiff, Charlene Cheli*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of February 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Jon G. Shadinger Jr.*
Jon G. Shadinger Jr., Esq.
