THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **CHARLENE CHELI,**<br><br>        **Plaintiff,**<br><br>   v.<br><br>**1712 MAIN LLC,**<br><br>        **Defendant.** | **Civil No. 24-1094 (RMB/EAP)**<br><br>**ORDER EXTENDING 60-DAY ORDER ADMINISTRATIVELY TERMINATING ACTION** |

    It having been reported to the Court that the above-captioned action has been settled,

    **IT IS** this **4th** day of **April 2025**;

    **ORDERED** that the 60-day order administratively terminating this action entered on **February 3, 2025**, is hereby extended for an additional thirty (30) days, until **May 9, 2025**; and it is further

    **ORDERED** that the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

    **ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the extended 30-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

                                                         s/Elizabeth A. Pascal_____
                                                          ELIZABETH A. PASCAL
                                                          United States Magistrate Judge

cc:  Hon. Renée M. Bumb, U.S.D.J.