IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| CHARLENE CHELI, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 1:24-cv-01094-RMB-EAP |
| | : | |
| 1712 E MAIN LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between the Plaintiff and the Defendant, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the above-captioned action be dismissed with prejudice, a resolution of all matters in dispute having been made pursuant to a settlement agreement executed between the parties.

Respectfully submitted this 9th day of May 2025,

| | |
|---|---|
| **/s/ Jon G. Shadinger Jr.** | **/s/ William J. Martin** |
| Jon G. Shadinger Jr., Esq. | William J. Martin, Esq. |
| Shadinger Law, LLC | Martin, Gunn & Martin P.A. |
| 2220 N East Avenue | 216 Haddon Avenue |
| Vineland, NJ 08360 | Westmont, NJ 08108 |
| (609) 319-5399 | (856) 858-0900 |
| js@shadingerlaw.com | (856) 858-1278 Fax |
| *Attorney for Plaintiff* | wjmartin@martingunn.com |
| | *Attorneys for Defendant* |